**No. D-2490. In the Matter of Discipline of Robert C. Arledge.**

561 U.S. 1045, 131 S. Ct. 43, 177 L. Ed. 2d 1132, 2010 U.S. LEXIS 5625.

July 26, 2010. Robert C. Arledge, of Vicksburg, Mississippi, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days,

requiring him to show cause why he should not be disbarred from the practice of law in this Court.